**EXHIBIT 1**

 ABLE NEW ENERGY CO.,LTD

#101 and the whole building, No.1,Longwo Industrial Zone,Longtian Community,Longtian Office,Pingshan District,Shenzhen,China.
TEL:+86755-82507771          FAX:+86755-88352251

# ORDER CONFIRMATION

| Bill to: Nordsense<br>Vestergade 2C, 1456, Copenhagen<br>Denmark<br>Steffen Wong<br>m: +45 53 61 88 70<br>e: sw@nordsense.com | | PO No.: MAIL-27-08-2021-03 | | | |
|---|---|---|---|---|---|
| | | DATE: 2021-11-3 | | | |
| Ship to: Scanfil Malmoe AB<br>Bronsyxegatan 6B<br>213 75 Malmoe<br>Sweden<br>Att.: Micael Axelsson<br>TEL：<br>FAX： | | PAGE: 1/1 | | | |
| **Product** | **DESCRIPTION** | **QTY** | **Unit Price** | **Amount** | **Ship date** |
| | | PCS | USD/PCS | USD | |
| ER18505M*2 | Lithium metal batteries | 5000 | 5.70 | 28500.00 | 2022/1/10 |
| ER18505M*2 | Lithium metal batteries | 5000 | 5.70 | 28500.00 | 2022/3/10 |
| | | | | | |
| | | | | | |
| | | | | TOTAL: | 57000.00 | |

Price term: EXW Shenzhen

Payment term: Net 30 days

Means of transportation: TBD