**EXHIBIT 2**

 # ABLE NEW ENERGY CO.,LTD

#101 and the whole building, No.1,Longwo Industrial Zone,Longtian Community,Longtian Office,Pingshan District,Shenzhen,China.

TEL:+86755-82507771　　　　　　　FAX:+86755-88352251

# ORDER CONFIRMATION

| Bill to: Nordsense Aps<br>ADD: Vestergade 2C,<br>1456, Copenhagen<br>Denmark<br>VAT: DK36693347<br>billing@nordsense.com | PO No.: Able-11-05-22-01<br><br>DATE: 2022-5-12 |
|---|---|
| Ship to: Scanfil Malmoe AB<br>Bronsyxegatan 6B<br>213 75 Malmoe<br>Sweden<br>Att.: Micael Axelsson<br>Mobile  +46 76 855 15 63<br>Micael.Axelsson@scanfil.com | PAGE: 1/1 |

| Product | DESCRIPTION | QTY | Unit Price | Amount | Ship date |
|---|---|---|---|---|---|
|  |  | PCS | USD/PCS | USD |  |
| ER18505M*2 | Lithium metal batteries | 10000 | 6.13 | 61300.00 | 2022/7/30 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  | TOTAL: | 61300.00 |  |

Price term: EXW Shenzhen

Payment term: Net 30 days

Means of transportation: TBD