**EXHIBIT 3**

# ABLE NEW ENERGY CO.,LTD

#101 and the whole building, No.1,Longwo Industrial Zone,Longtian Community,Longtian Office,Pingshan District,Shenzhen,China.
TEL:+86755-82507771          FAX:+86755-88352251

# ORDER CONFIRMATION

| Bill to: Nordsense Aps<br>ADD: Vestergade 2C,<br>1456, Copenhagen<br>Denmark<br>VAT: DK36693347<br>billing@nordsense.com | | | PO No.: Able-21-02-23-01<br><br>DATE: 2023-2-22 | | |
|---|---|---|---|---|---|
| Ship to: Scanfil Malmoe AB<br>Bronsyxegatan 6B<br>213 75 Malmoe<br>Sweden<br>Attn.: Jonas Larsson<br>Tel: | | | PAGE: 1/1 | | |
| **Product** | **DESCRIPTION** | **QTY**<br>PCS | **Unit Price**<br>USD/PCS | **Amount**<br>USD | **Ship date** |
| ER18505M*2 | Lithium metal batteries | 10000 | 6.13 | 61300.00 | 2023/6/10 |
| ER18505M*2 | Lithium metal batteries | 10000 | 6.13 | 61300.00 | 2023/10/10 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  | TOTAL: | 122600.00 |  |

Price term: EXW Shenzhen
Payment term: Net 30 days
Means of transportation: TBD